IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

VERONICA MICHELLE MONTANO,

    Plaintiff,

v.                                                                                                      1:21-cv-00139-JCH-LF

CENTRAL LOAN ADMINISTRATION &
REPORTING d/b/a CENLAR FSB, a New
Jersey corporation, as successor-in-interest to
CitiMortgage, Inc.; CITIMORTGAGE, INC.; and BANK
OF NEW YORK LOAN TRUST 2005-RP2, Mortgage Pass-
Through Certificates, Series m2005-RP2, U.S. BANK
NATIONAL ASSOCIATION, as Trustee,
Successor-in-Interest to Wachovia Bank
National Association, as Trustee,

    Defendants.

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

The Magistrate Judge filed her Proposed Findings and Recommended Disposition recommending dismissal of her claims against BONY Trust on March 30, 2022.  Doc. 30.  The proposed findings notified the parties of their ability to file objections within fourteen (14) days and that failure to do so waived appellate review.  To date, the parties have not filed any objections and there is nothing in the record indicating that the proposed findings were not delivered.

Wherefore,

   **IT IS HEREBY ORDERED AS FOLLOWS:**

   1.     The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 30) are ADOPTED;

2.  Plaintiff's claims against Defendant Bank of New York Loan Trust 2005-RP2, Mortgage Pass-Through Certificates, Series m2005-RP2, U.S. Bank National Association, as Trustee, Successor-in-Interest to Wachovia Bank National Association, as Trustee ("BONY Trust") are DISMISSED without prejudice.

                                                                                      */s/ Judith C. Herrera*
                                                                SENIOR UNITED STATES DISTRICT JUDGE